**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of California
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | SWC Industries LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Connell Industries LLC |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 6 – 1 6 6 8 2 1 4 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| One International Place | |
| Number   Street | Number   Street |
| 31st Floor | |
| | P.O. Box |
| Boston    MA    02110 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Suffolk | |
| County | Number   Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)   _____

| Debtor | SWC Industries LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   _3_ _3_ _3_ _3_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply*:
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.    District _____ When _____ Case number _____
                                    MM / DD / YYYY
           District _____ When _____ Case number _____
                                    MM / DD / YYYY

Debtor  **SWC Industries LLC**   Case number (if known) _____
       Name

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br>List all cases. If more than 1, attach a separate list. | ☐ No <br> ☑ Yes. | Debtor _See Schedule 1_____ Relationship _____ <br> District _____ When ____ / ____ / ____ <br>                                                     MM / DD / YYYY <br> Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
             Number     Street
    _____
    _____  ____  _____
    City                             State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49     ☑ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

| Debtor | **SWC Industries LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 15. | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|
| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/13/2024**
MM / DD / YYYY

X _DocuSigned by: David Campbell_  **David R. Campbell**
Signature of authorized representative of debtor   Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X _____/s/ Robert G. Harris_____   Date **11/13/2024**
Signature of attorney for debtor    MM / DD / YYYY

**Robert Harris**
Printed name

**Binder Malter Harris & Rome-Banks LLP**
Firm name

**2775 Park Ave.**
Number    Street

**Santa Clara**           **CA**    **95050**
City                State   ZIP Code

**(408) 295 - 1700**           **rob@bindermalter.com**
Contact phone             Email address

_____124678   CA_____
Bar number              State

## Schedule 1 – Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On November 13, 2024, the following entities (the "<u>Debtors</u>") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code:

SWC CeraTek LLC;

SWC Industries LLC;

SWC Limited Partnership;

SWC Holdings, LLC;

Yuba Heat Transfer, LLC;

SWC Aluminum Properties, L.L.C.;

SWC Tool Properties, LLC;

SencorpWhite, Inc.;

Accu-Seal SencorpWhite, Inc.;

IITI Acquisition LLC;

SWC White Systems LLC;

Intek Integration Technologies, Inc.; and

Minerva Associates, Inc.

The Debtors will file a motion with the Court requesting the joint administration of the chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

# UNANIMOUS WRITTEN CONSENT OF THE SOLE MANAGER

# OF SWC INDUSTRIES LLC

November 11, 2024

The undersigned, being sole manager of SWC Industries LLC, a Delaware limited liability company (the "Company"), hereby consents pursuant to 18-402(d) of the Delaware Limited Liability Act, to the adoption of the resolutions attached hereto as **Annex A** as of the date first set forth above, taking or authorizing the actions specified therein with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the managers.

This consent may be executed in counterparts (including by facsimile or portable document format (.pdf)) and all so executed counterparts shall constitute one consent, notwithstanding that all of the managers are not signatories to the same counterpart.

DocuSigned by:

*Steve Pully*

34BD96C804624A8...

Steven J. Pully
The Sole Manager of SWC Industries LLC

# OMNIBUS RESOLUTIONS OF THE

# GOVERNING BODIES

## November 11, 2024

**WHEREAS** the required members of the board of directors, the sole member, manager or other governing body, as applicable (each a "Governing Body", and together, the "Governing Bodies"), of each of the entities listed in **Exhibit A** attached hereto (each, a "Company" and collectively, the "Companies"), do hereby consent to, adopt, and approve by written consent, in accordance with, as applicable, sections 18-302 and 18-404 of the Delaware Limited Liability Company Act, section 141(f) of the Delaware General Corporation Law, section 403(c) of the Delaware Revised Uniform Limited Partnership Act, the analogous provisions under the statutes of the states of California, Connecticut, Texas and Washington, and any other applicable law concerning the governance of any Company, the following resolutions and each and every action affected thereby;

**WHEREAS,** in the business judgment of the Governing Body of each Company, it is desirable and in the best interests of such Company that such Company shall be, and hereby is, in all respects, authorized to file, or cause to be filed, a voluntary petition (a "Bankruptcy Petition") for relief commencing a case (the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California or other court of competent jurisdiction (the "Bankruptcy Court");

**WHEREAS** each Governing Body has reviewed and considered information presented by its respective Company's management and advisors regarding the liabilities, assets, and liquidity of the Companies, the strategic alternatives available to the Companies, and the impact of the foregoing on the financial and operational condition of the Companies;

**WHEREAS** each Governing Body has reviewed and considered the need for Authorized Persons (as defined below) to take further actions to carry out the intent and purpose of the following resolutions, perform the obligations of each Company under the Bankruptcy Code, and pay fees and expenses in connection with the transactions contemplated by the below resolutions;

**WHEREAS** each Governing Body has reviewed and considered certain actions that may have been taken previously by any director, officer, employee, manager, member, stockholder, general partner, or agent of any Company in connection with or with respect to the matters set forth in the below resolutions; and

**WHEREAS** each Governing Body desires to approve the following resolutions with respect to its applicable Company.

## CHAPTER 11 CASES

**NOW, THEREFORE, BE IT RESOLVED** that each Governing Body, with respect to its applicable Company, hereby authorizes and empowers each officer of such Company or the sole or applicable manager of such Company, or general partner, as applicable, (each, an

"<u>Authorized Person</u>" and collectively, the "<u>Authorized Persons</u>") in the name and on behalf of such Company, to execute and file a petition to commence a case and obtain relief under chapter 11 of the Bankruptcy Code (a case commenced as a result of such voluntary petition, a "<u>Chapter 11 Case</u>" and, collectively with the cases to be commenced by the other Companies, the "<u>Chapter 11 Cases</u>") in the Bankruptcy Court and to cause such schedules, lists, applications, pleadings, and other motions, papers, agreements, consents, or documents to be filed, and take any and all actions that they deem necessary or proper to obtain relief from the Bankruptcy Court, including, without limitation, any action necessary to maintain the operation of such Company's business in the ordinary course.

## THE SALE AND BIDDING PROCEDURES

**IT IS FURTHER RESOLVED** that each Governing Body, as applicable, has determined that it is advisable and in the best interest of the applicable Company to pursue a process for the sale of the equity, assets, business lines of the Company, or any portion of the foregoing (any such instance, a "<u>Sale Transaction</u>"), and related auction procedures to be approved by the Bankruptcy Court.

**IT IS FURTHER RESOLVED** that each Governing Body, as applicable, hereby authorizes and empowers each Authorized Person, in the name and on behalf of the applicable Company, upon the finalization of negotiations and documentation, to (i) continue the process of pursuing a Sale Transaction, (ii) establish bidding procedures to be approved by the Bankruptcy Court in relation to the same, (iii) enter into all other documents, filings and notices relating to the bidding procedures (collectively, the "<u>Sale Procedure Documents</u>"); that each Company is authorized thereupon to execute, deliver, and perform such Sale Procedure Documents; and that each Authorized Person is authorized and directed thereupon to execute and deliver, in the name and on behalf of each applicable Company, such Sale Procedure Documents, with such changes as any Authorized Person shall approve on behalf of the applicable Company, such approval to be conclusively established by the execution and delivery thereof.

## RETENTION OF PROFESSIONALS

**IT IS FURTHER RESOLVED,** that each Governing Body, with respect to its applicable Company, hereby authorizes and empowers each Authorized Person, in the name and on behalf of such Company, to employ or continue to employ certain firms as counsel, consultants, professionals, or financial advisors to such Company as such Authorized Person may deem advisable, appropriate, convenient, desirable, or necessary to represent and assist such Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, that each Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of such firms.

**IT IS FURTHER RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ (a) the law firm of Allen Overy Shearman Sterling US LLP ( "<u>A&O Shearman</u>"), as lead restructuring counsel, (b) the law firm of Binder Malter Harris & Rome-Banks LLP ("<u>Binder Malter</u>"), as restructuring co-counsel, local counsel, and, to the extent necessary, conflicts counsel, (c) Getzler Henrich & Associates LLC ("<u>Getzler Henrich</u>"),

as financial advisor, (d) Gordian Group, LLC ("Gordian"), as investment banker, (e) Stretto, Inc. ("Stretto"), as notice and claims agent and administrative advisor, and (f) any other legal counsel, accountant, financial advisor, restructuring advisor, or other professional the Authorized Signatories deem necessary, appropriate, or advisable to retain (together with A&O Shearman, Binder Malter, Getzler Henrich, Gordian, and Stretto, the "Retained Professionals") in each case, to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of each of the Retained Professionals;

**IT IS FURTHER RESOLVED** that each of the Authorized Signatories be, and they hereby are, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deem necessary, proper, or desirable in connection with each Company's Chapter 11 Case, with a view to the successful prosecution of such case.

### GENERAL

**IT IS FURTHER RESOLVED** that any and all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions and done in the name of and on behalf of any Company, which would have been approved by the foregoing resolutions if these resolutions had been adopted before such acts were taken, are hereby in all respects approved and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the applicable Governing Body; and

**IT IS FURTHER RESOLVED** that each Governing Body, with respect to its applicable Company, has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of such Company, or hereby waives any right to have received such notice.

*[Remainder of page intentionally left blank.]*

Docusign Envelope ID: 2B83AD37-BCE5-4952-BEAF-2275715385DB

## EXHIBIT A

| | |
|---|---|
| SWC Industries LLC | SWC Limited Partnership |
| Yuba Heat Transfer LLC | SWC Aluminum Properties, L.L.C. |
| SWC Tool Properties, LLC | SWC Holdings, LLC |
| SencorpWhite, Inc. | Accu-Seal SencorpWhite, Inc. |
| IITI Acquisition LLC | Intek Integration Technologies, Inc. |
| Minerva Associates, Inc. | SWC CeraTek LLC |
| SWC White Systems LLC | |